UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                 **Plaintiff,**                  CASE NO. 11-20129-34

Vs.                                           HON. ROBERT H. CLELAND

D-34  WILLIAM SCOTT LONSBY,

                 **Defendant.**

_____/

## DEFENDANT WILLIAM SCOTT LONSBY'S CONSENT TO THE UNITED STATES' MOTION TO CONSOLIDATE

**DEFENDANT, WILLIAM SCOTT LONSBY**, hereby consents to the relief sought by the United States in its Motion to Consolidate {Docket No. 427], to the extent that it seeks consolidation for purposes of discovery and motions.  Defendant specifically objects to any motion to join these matters for purposes of trial.

                                                Respectfully submitted,

                                                /s/ Robert F. Kinney
                                                ROBERT F. KINNEY
                                                Attorney for Defendant William Scott Lonsby
                                                615 Griswold St., Suite 1300
                                                Detroit, MI  48226
                                                (313) 963-5310
                                                P 35842
                                                rfkinney@sbcglobal.net
                                                staff_culpepper@sbcglobal.net

Dated:  August 17, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filings to all ECF participants.

      /s/Robert F. Kinney
      ROBERT F. KINNEY
      Attorney for Defendant William Scott Lonsby
      615 Griswold St., Suite 1300
      Detroit, MI  48226
      (313) 963-5310
      P35842
      rfkinney@sbcglobal.net
      staff_culpepper@sbcglobal.net