STATE OF MICHIGAN
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 11-20129
                                                      HON. ROBERT H. CLELAND

Vs.

D-34 WILLIAM SCOTT LONSBY, et al.

                Defendants.
_____/

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 11-20066
                                                      HON. ROBERT H. CLELAND

Vs.

D- 9 WILLIAM SCOTT LONSBY, et al

                Defendants.
_____/

## DEFENDANT WILLIAM SCOTT LONSBY'S RESPONSE
## TO THE UNITED STATES' MOTION FOR EXCLUDABLE DELAY

      Defendant, WILLIAM SCOTT LONSBY, by and through his counsel, ROBERT F.

KINNEY, hereby responds to the United States' Motion for Excludable Delay (Document #570

in Case No. 11-20129 (Document #146 in Case No. 11-20066), in which the Government moves

this Honorable Court to exclude the time between April 16, 12013 and June 20, 2013 under the

Speedy Trial Act, by indicating he has no objections to the relief requested in the Motion.

                              Respectfully submitted,

                              /s/ Robert F. Kinney_____
                              ROBERT F. KINNEY (P35842)
                              Attorney for Defendant William Scott Lonsby
                              615 Griswold St., Suite 1300
                              Detroit, MI  48226
                              (313) 963-5310

Dated: April 24, 2013                         Email:  rfklinney@sbcglobal.net
                              **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

                                Respectfully submitted,

                                /s/ Robert F. Kinney
                                ROBERT F. KINNEY (P35842)
                                Attorney for Defendant William Scott Lonsby
                                615 Griswold St., Suite 1300
                                Detroit, MI  48226
                                (313) 963-5310
                                Email:  rfklinney@sbcglobal.net